AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RUI JIANG<br><br>*Defendant(s)* | Case No. 1:24-MJ-64 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 24, 2023** in the county of **Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmit interstate/foreign commerce communication threat to cause bodily injury. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Nicholas Durham

LINDSAY COULTER
Digitally signed by LINDSAY COULTER
Date: 2024.02.23 07:09:10 -05'00'

*Complainant's signature*

Lindsay L. Coulter/ Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 23, 2024

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, Magistrate Judge
*Printed name and title*