AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2024 FEB 23 11:55
UNITED STATES MARSHAL

2024 FEB 28 A 11:11

United States of America
v.
RUI JIANG

Case No. 1:24-MJ-64

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RUI JIANG,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
The defendant was found to be making interstate threats to cause bodily injury, in violation of Title 18, U.S.C. Section 875(c).

Date: February 23, 2024

*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/23/24, and the person was arrested on *(date)* 2/27/24
at *(city and state)* MANASSAS, VA.

Date: 2/28/24

*Arresting officer's signature*

SA Bridget DePietto
*Printed name and title*