IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-cr-65 |
| RUI JIANG, | |
| Defendant. | |

**UNITED STATES' NOTICE OF INTENT NOT TO SEEK DEATH PENALTY**

The United States hereby notifies the Court and the defendant that the United States will not seek a sentence of death against the defendant, Rui Jiang, in this matter.

Respectfully submitted,

Jessica D. Aber
United States Attorney


By:_____/s/_____
Nicholas A. Durham
Troy A. Edwards, Jr.
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
nicholas.durham@usdoj.gov
troy.edwards@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                 /s/
                                      Nicholas A. Durham
                                      Assistant United States Attorney