# EXHIBIT 2



### SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. USBs, Hard Drives (SD, HDD)
2. 2 empty holsters (black in color)
3. Bible
4. Small can of pepper spray (bear spray)
5. 2 cameras (security cameras)
6. 4 laptops
7. 2 tablets
8. records + documents (miscellaneous)
9. 3 cell phones
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

_____   _____
DATE                          EXECUTING OFFICER

Subscribed and sworn before me this day

_____   [ ] CLERK  [ ] MAGISTRATE  [ ] JUDGE
DATE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of _____ [ ] City [ ] County of _____

Acknowledged, subscribed and sworn to before me this ____ day of _____, 20__

NOTARY REGISTRATION NUMBER

_____
NOTARY PUBLIC
(My commission expires: _____)

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

**EXECUTION**

Executed by searching the within described place, person or thing.

09/24/23 @ 23:54 hrs
DATE AND TIME EXECUTED

AM Payne
EXECUTING OFFICER

Certified to _____
Circuit Court on _____
                            DATE

_____
EXECUTING OFFICER

Received [ ] in person [ ] by certified mail
         [ ] by electronically transmitted facsimile

on _____
          DATE

by: _____
    CLERK OF CIRCUIT COURT

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/22

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. USB's, Hard Drives (SD, HDD)
2. 2 empty holsters (black in color)
3. Bible
4. Small can of pepper spray (bear spray)
5. 2 cameras (security cameras)
6. 4 laptops
7. 2 tablets
8. records + documents (miscellaneous)
9. 3 cell phones
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

_____
DATE

Subscribed and sworn before me this day

EXECU



**EXECUTION**

Executed by searching the within described place, person or thing.

09/24/23 @ 23:54 hrs
DATE AND TIME EXECUTED

*[signature]* A.M. Payne
EXECUTING OFFICER

Certified to _____
Circuit Court on _____ DATE

_____
EXECUTING OFFICER

Received [ ] in person [ ] by certified mail
[ ] by electronically transmitted facsimile

on _____ DATE